No. 2889. PÉREZ, APELADO, v. ECHEANDÍA ET AL., APELANTES.—Corte de Distrito Aguadilla. Daños y perjuicios. Resuelto en noviembre 14, 1922. Examinada la moción del apelado sobre desestimación de apelación así como el escrito de

impugnación de los apelantes, habiendo en consideración las circunstancias concurrentes, se declara con lugar y se desestima la apelación.